No. 866. Walsh, Trustee in Bankruptcy *v.* Lockhart Associates. C. A. 5th Cir. Certiorari denied. *Louis A. Sabatino* for petitioner. 

No. 868. Jamy Corp. *v.* Riddell, District Director of Internal Revenue. C. A. 9th Cir. Certiorari denied. *Austin H. Peck, Jr.,* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Meyer Rothwacks* and *George F. Lynch* for respondent. ██

No. 871. Cauer et al. *v.* Brenner, Commissioner of Patents. C. C. P. A. Certiorari denied. *Robert H. Rines, David Rines* and *Nelson H. Shapiro* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondent.

No. 875. Mays *v.* Washington. Sup. Ct. Wash. Certiorari denied. *John Gavin* for petitioner. *William B. Holst* for respondent. 

No. 876. Athenian Realty Corp. *v.* Southwestern Bell Telephone Co. et al. C. A. 5th Cir. Certiorari denied. *Freeman L. Mittenthal* for petitioner. *F. Mark Garlinghouse* and *Ed Gossett* for respondents.

No. 880. Lifshutz *v.* Maryland. Ct. App. Md. Certiorari denied. *Joseph J. Lyman* and *Jack H. Olender* for petitioner. 

No. 884. In re Andrada. Sup. Ct. Cal. Certiorari denied. *Phill Silver* for petitioner.